**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00162-CR**
_____

**ALEXIS CEBALLOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 13th District Court**
**Navarro County, Texas**
**Trial Cause No. D42243-CR**

---

**MEMORANDUM OPINION**

On April 17, 2024, Alexis Ceballos filed a notice of appeal in Trial Cause Number D42243-CR for a sentence suspended on February 12, 2024. On April 18, 2024, the Tenth District Court of Appeals notified the parties that the notice of appeal did not appear to have been timely filed, and the Court warned the parties that the appeal would be dismissed for lack of jurisdiction unless grounds were shown for continuing the appeals. In March 2024, the Texas Supreme Court signed a docket-equalization order and transferred the appeal to the Ninth District Court of Appeals

1

to equalize the appellate dockets. *See* Tex. Gov't Code Ann. § 73.001. On July 12, 2024, the Clerk of the Ninth Court of Appeals notified the parties that the notice of appeal was filed outside the time for which an extension of time may be granted for filing a notice of appeal, and warned the parties that the appeal would be dismissed unless grounds were shown for continuing the appeal. We further notified the parties that "[a]ny party desiring to continue the appeal must file a response with the Court by Monday, July 29, 2024." No party filed a response. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 27, 2024
Opinion Delivered August 28, 2024
Do Not Publish

Before Golemon, C.J., Johnson and Chambers, JJ.